# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Saymon TEKESTE ABRAHA,

Petitioner,

v.

Jeremy CASEY, WARDEN,

Respondents.

Case No.:  26-cv-2781-AGS-VET

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2)**

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention, and he moves to proceed without paying the filing fee—known as proceeding *in forma pauperis* ("IFP"). Typically, parties seeking a writ of habeas corpus must pay a $5 filing fee. *See* 28 U.S.C. § 1914(a). But an action may proceed without payment if the court grants leave to proceed IFP. *See Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) (holding that when an "IFP application is denied altogether, Plaintiff's case [cannot] proceed unless and until the fee[s] [a]re paid"). Petitioner claims to have "$0" (ECF 2, at 1–2), so the IFP request is granted.

For this petition, the Court adopts the Standard Procedures from Chief Judge Order No. 144, as modified herein. Respondents' answer is due **May 8, 2026**, and petitioner's reply is due **May 12, 2026**. The Court sets oral argument for **May 14, 2026, at 11:30 a.m**. Respondents' counsel is responsible for coordinating petitioner's in-person participation. And in its answer, respondents' counsel must notify the Court as to whether petitioner will require an interpreter at the hearing and, if so, which language.

Dated:  May 5, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2781-AGS-VET