UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saymon TEKESTE ABRAHA,<br><br>                                    Petitioner,<br><br>v.<br><br>Jeremy CASEY, WARDEN,<br><br>                                    Respondent. | Case No.:  26-cv-2781-AGS-VET<br><br>**ORDER DENYING HABEAS PETITION (ECF 1)** |

Petitioner Saymon Tekeste Abraha seeks a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention.

In *Tumasov v. Doe 1*, No. 25-cv-2704-AGS-JLB, 2025 WL 3171897 (S.D. Cal. Nov. 13, 2025), this Court denied a petition for a writ of habeas corpus because the petitioner sought the writ while still in the 90-day "removal period," so his "detention [was] not merely legal, but required." *Id.* at 1 (citing 8 U.S.C. § 1231(a)(1)(A) and *Johnson v. Guzman Chavez*, 594 U.S. 523, 533–34 (2021)). That same logic applies here. Although petitioner was "granted" "Withholding of Removal" to Eritrea, he was also "ordered removed." (ECF 6-4, at 4, 6.) That removal became final on "02/12/2026," when no party appealed the Immigration Judge's decision. (*See id.* at 20.) Because less than 90 days have passed, the petition is premature and thus **DENIED** without prejudice. All pending motions are denied, and the May 14, 2026 hearing is vacated.

Dated:  May 11, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2781-AGS-VET